# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Group X Security, Inc. | )    ASBCA No. 62030 |
| | ) |
| Under Contract No. N00406-18-P-1499 | ) |

APPEARANCES FOR THE APPELLANT:    Paul F. Khoury, Esq.
                                      J. Ryan Frazee, Esq.
                                        Wiley Rein LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney
                                        Anthony Hicks, Esq.
                                        Trial Attorney

## ORDER OF DISMISSAL

By letter dated March 6, 2020, appellant indicated that it wished to withdraw ASBCA No. 62030 and requested that the Board dismiss the appeal with prejudice. Respondent does not object to appellant's request. Accordingly, the appeal is dismissed with prejudice from the Board's docket.

Dated: March 12, 2020

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62030, Appeal of Group X Security, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals